UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
Public Patent Foundation, Inc.,

        Plaintiff(s),                      10 Civ.  1553 (CM) (THK)

      -against-

                                 CALENDAR NOTICE

Novartis Consumer Health, Inc.,
        Defendant(s).
----------------------------------------------------X

      Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial Conference | ___Status Conference | ___ Oral argument |
| ___ Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___Final pre-trial conference | |
| ___ Telephone Conference | ___Jury Selection and Trial | |
| ___ Non-Jury Trial | ___Inquest | |

**to Friday, September 17, 2010 at 10:45 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 14C, U. S. District Court,  500 Pearl Street, New York, New York 10007.

      Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: September 8, 2010
      New York, New York

                              So Ordered

                              Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/8/10